IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| VICTOR C. VARGAS | § | |
| VS. | § | CIVIL ACTION NO. 1:19cv187 |
| MS. PONZIO, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Victor C. Vargas, an inmate formerly confined at the Federal Correctional Complex located in Beaumont, Texas, proceeding *pro se*, brought the above-styled lawsuit.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting the defendants' motion for summary judgment and dismissing this action.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

---

[1] Plaintiff filed a motion for continuance, asserting he needed additional time to file his objections to the Report, if any. Plaintiff's motion was granted, and plaintiff was provided an additional twenty days in which to file his objections or a future notice he is unable to proceed. Plaintiff was warned that his failure to submit objections or a future notification he is unable to proceed with the prosecution of his case within twenty days from the date of the order may result in the dismissal of this action without further notice. As of this date, plaintiff has failed to submit either his objections or a notice he is unable to proceed.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** that the defendants' motion for summary judgment is **GRANTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED** this the 20 day of **October, 2021.**

_____
Thad Heartfield
United States District Judge